UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ESTHER LICHTENSTEIN,
                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
                Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 8312 (VB)

       As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

       1.     The deadline to complete all discovery, including fact discovery, is extended to September 29, 2023.

       2.     By separate Order, the Court will refer this case to Magistrate Judge Judith C. McCarthy for a settlement conference.

       3.     The next case management conference in front of Judge Briccetti is scheduled for November 9, 2023, at 10:00 a.m. The conference shall proceed in person at the White Plains Courthouse, Courtroom 620.

       4.     Pre-motion conference letters in anticipation of a motion for summary judgment by any party are due October 26, 2023. Responses to pre-motion conference letters (if any) are due November 2, 2023. Pre-motion conference letters shall be prepared in accordance with Paragraph 2.B.ii of Judge Briccetti's Individual Practices.

Dated: September 7, 2023
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge