UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ESTHER LICHTENSTEIN,
                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
                Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 8312 (VB)

      The Court has been advised that the parties have reached a settlement in principle in this case. (Doc. #18).

      In the Notice of Settlement, filed and signed only by counsel for Equifax, Equifax requests that the Court vacate all pending deadlines "as to Equifax only," and states that "Plaintiff's claims as to the remaining Defendants remain before the Court." (Doc. #18). However, Equifax is the only defendant in this action.

      In addition, Equifax "requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement." (Doc. #18). However, Equifax has not provided the Court with the settlement agreement over which it wishes the Court to retain jurisdiction.

      Accordingly, by November 17, 2023, counsel shall submit a proposed stipulation and order of dismissal. If the parties request the Court to retain jurisdiction over a subsequent effort to enforce the settlement agreement, they should also file a copy of the settlement agreement for the Court's consideration.

      The case management conference currently scheduled for November 9, 2023, is cancelled.

Dated: October 18, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge